J. Stephen Simms (*pro hac vice* pending)
Simms Showers LLP
jssimms@simmsshowers.com
201 International Circle, Suite 230
Baltimore, Maryland 21030
Telephone: 443-290-8704
Facsimile:  410-510-1789

Lead Counsel

John A. Crose, Jr., Esq. (SBN 115594)
jcrose@icclawfirm.com
Law Office of John A. Crose, Jr.
2377 Crenshaw Blvd., Suite 151
Torrance, CA   90501
Telephone: 310-316-1990
Facsimile:  None

Local Counsel

Attorneys for Petitioner
Mobilboxx Europe GmbH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In Re the Petition of Mobilboxx Europe GmbH For Discovery in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | Civil Action No.:  2:21-cv-9817  **PETITION FOR AN ORDER TO OBTAIN DISCOVERY PURSUANT TO 28 U.S.C. § 1782** |
|---|---|

Petitioner Mobilboxx Europe GmbH ("Mobilboxx" or "Petitioner") hereby submits this Petition for an Order, pursuant to 28 U.S.C. § 1782 and Rules 26, 30, and 45 of the Federal Rules of Civil Procedure, for the purpose of obtaining

discovery in aid of a pending foreign proceeding from current or former officers and directors of General Finance Group Inc. ("GFG") including Marc Perez and Ron Valenta, from affiliated company General Finance Corporation ("GFC"), and from lessees of GFG to which, GFG leased containers owned by Mobilboxx, to assist the proceedings before the District Court of Hamburg, Germany (Landgericht Hamburg) Civil Chamber 10 by Mobilboxx against GFG (the "Hamburg Litigation").

In support of this Petition, Petitioner incorporates the accompanying Memorandum of Law and Declaration of Klaus D. Köncke (the "Köncke Decl."), and states further as follows.

1. 28 U.S.C. § 1782 provides for discovery in the United States to assist foreign tribunals and parties to proceedings before foreign tribunals, and states, in relevant part:

> The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal, including criminal investigations conducted before formal accusation. The order may be made … upon the application of any interested person and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court.

2. The requirements of §1782 are satisfied in this case. As explained further in the accompanying Memorandum of Law: (1) the discovery subjects "resides or [are] found" in this District; (2) the discovery sought is "for use in" a proceeding before a foreign tribunal; and (3) the Petitioner is an "interested person" in that proceeding. 28 U.S.C. § 1782. The discretionary factors considered by a Court when evaluating a §1782 request also weigh in favor of

granting this application. *See Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264–65 (2004).

3. The Köncke Decl. confirms that the requested relief is for the purpose of obtaining discovery in aid of a related pending foreign proceeding.

### The Dispute and Hamburg Litigation

4. Exhibit A to the Köncke Decl. is a certified, true and correct English translation of the petition filed in the Hamburg Litigation. Köncke Decl. ¶ 1.

5. In 2016 and 2017, Mobilboxx, a German corporation, concluded a total of seven (7) lease agreements with General Finance Group, Inc., 39 East Union Street, Pasadena, CA 91103 (GFG) for a total of 4513 domestic storage containers. The contracts are all identical, and have durations (terms) of between 48 and 60 months, and are subject to German law and jurisdiction. Exhibit B to the Köncke Decl. is a copy of one of the lease agreements. Köncke Decl. ¶ 5.

6. GFG's then founder and CEO, Ron Valenta signed the leases with Mobilboxx. Ron Valenta then was also the founder and CEO of affiliate and NASDAC-listed listed company General Finance Corporation Inc. (GFC). Köncke Decl. ¶ 6.

7. GFG and GFC followed the same business model, to lease out domestic storage containers to over 30,000 clients in USA, Canada, and New Zealand. By information and belief, GFG and GFC's businesses, employees and recordkeeping overlapped. Köncke Decl. ¶ 7.

8. In May, 2021, publicly traded corporation United Rentals acquired GFC. GFG, the lessee to Mobilboxx, and GFC, however, continue to share the same address and telephone number: 39 Union St # 206, Pasadena, CA 91103 (626) 584-9722. Köncke Decl. ¶ 8.

9. The quarterly rental for all seven (7) lease agreements was approximately $220,000. In the third quarter of 2019, Ron Valenta informed

Mobilboxx GFG's main client in the oil and gas business (in Texas/Louisiana) was facing problems and therefore GFG could not pay its due rental in time. As a result, Mobilboxx rescheduled and deferred GFG's payments, such that the deferred amount was supposed to be paid by April 30th, 2021, together with the other ongoing contract rentals. GFG through Ron Valenta claimed GFG would use calendar year 2020 to recover subleased storage containers (which had been leased from Mobilboxx) from clients that had difficulties, and would find new client/lessees which could pay for the storage containers that GFG subleased. Köncke Decl. ¶ 9.

10. When the time came in April 2021 when GFG was supposed to pay the deferred amounts plus the current rentals and repurchases, Ron Valenta and Marc Perez, GFG's now CEO, advised this was not possible. Köncke Decl. ¶ 10.

11. Mobilboxx therefore issued notice of default to GFG, and demanded that GFG return to Mobilboxx the 4513 containers which Mobilboxx had on lease to GFG. GFG, by Ron Valenta and Marc Perez, responded that GFG had "lost" all 4513 of Mobilboxx's leased storage containers and was unable to return any. Köncke Decl. ¶ 11.

12. The Hamburg Litigation seeks judgment against GFG for approximately $2,450,000 in unpaid lease amounts with approximately $6,400,000 due to Mobilboxx for future lease amounts. Köncke Decl. ¶ 12.

### The Discovery Sought

13. The persons and entities from which Mobilboxx requests discovery pursuant to this Petition are the current or former officers and directors of GFG including Marc Perez and Ron Valenta, presently unknown employees who leased and kept inventory of the Mobilboxx storage containers, and from affiliated company GFC and its employees and offers, who Mobilboxx believes, including because of the close relationship between GFG and GFC, in the same line of

business, may know the location and/or disposition of the Mobilboxx containers, including whether GFG has claimed to have sold the Mobilboxx containers. Mobilboxx also seeks discovery of the GFG lessees, to which GFG leased the Mobilboxx containers, to locate the containers or determine what became of them. Each of the persons or entities from whom or which Mobilboxx seeks discovery is by information and belief resident or found in this District. Köncke Decl. ¶13.

14. Specifically, through this Petition, to mitigate and lessen its damages, Mobilboxx seeks the following discovery in the form of documents and deposition testimony to assist the Hamburg Litigation, including the following subjects:

a. The last known location of each Mobilboxx container leased to GFG;

b. The identity of lessees, including their personnel, which last had possession of any such Mobilboxx container;

c. The sale of any Mobilboxx container, including buyer and amount of sale. Köncke Decl. ¶14.

15. The discovery requested in this Petition is necessary information as to the Hamburg Litigation foreign proceedings. Köncke Decl. ¶15.

For the foregoing reasons, as well as those set forth in the accompanying Köncke Decl. and the Memorandum of Law in support of this petition, Petitioner respectfully requests that this Court enter an order, pursuant to §1782, in a form similar to the proposed order attached as Exhibit 1 to the Memorandum, also filed separately herewith, granting leave to conduct the requested discovery in a form similar to the proposed subpoena schedule, Exhibit 2 to the Memorandum.

WHEREFORE, for the reasons set forth above, and in the accompanying Memorandum of Law and Simms Declaration, Petitioner respectfully requests that this Court grant this Petition for an Order to Obtain Discovery for Use in a Foreign Proceeding. Petitioner herewith submits a draft order.

Dated: December 21, 2021.

/s/ *J. Stephen Simms*

| | |
|---|---|
| J. Stephen Simms (*pro hac vice* pending) | John A. Crose, Jr., Esq. (SBN 115594) |
| Simms Showers LLP | jcrose@icclawfirm.com |
| jssimms@simmsshowers.com | Law Office of John A. Crose, Jr. |
| 201 International Circle, Suite 230 | 2377 Crenshaw Blvd., Suite 151 |
| Baltimore, Maryland 21030 | Torrance, CA   90501 |
| Telephone: 443-290-8704 | Telephone: 310-316-1990 |
| Facsimile:  410-510-1789 | Facsimile:  None |
| | Local Counsel |
| Lead Counsel | |

Attorneys for Petitioner
Mobilboxx Europe GmbH