J. Stephen Simms
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In Re the Petition of<br><br>Mobilboxx Europe GmbH<br><br>For Discovery in Aid of<br>a Foreign Proceeding<br>Pursuant to 28 U.S.C. § 1782 | CASE NUMBER<br><br>21-MC-1118 PA (RAOx)<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
|---|---|

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Simms, John S.   of   Simms Showers LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*       201 International Circle
443-290-8704         410-510-1789        Suite 230
*Telephone Number*    *Fax Number*       Baltimore, Maryland 21030
jssimms@simmsshowers.com
*E-Mail Address*                         *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Mobilboxx Europe GmbH

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* ___Petitioner___

**and designating as Local Counsel**

Crose, John A. Jr.                of
*Designee's Name (Last Name, First Name & Middle Initial)*
115594           310-416-1990      (none- no fax)
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
jcrose@icclawfirm.com
*E-Mail Address*                    *Firm/Agency Name & Address*

## HEREBY ORDERS THAT the Application be:

☐ GRANTED

☒ DENIED:
  ☐ for failure to pay the required fee.
  ☒ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☒ for failure to complete Application: __unclear that all state courts are listed to which applicant is admitted have been listed__
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☒ because __Unclear that certificates of good standing are listed for all state courts.__

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated: Click here to enter a date.
February 22, 2022                     _____
                                      U.S. District Judge/U.S. Magistrate Judge