J. Stephen Simms (*pro hac vice* pending)
Simms Showers LLP
jssimms@simmsshowers.com
201 International Circle, Suite 230
Baltimore, Maryland 21030
Telephone: 443-290-8704
Facsimile:  410-510-1789

Lead Counsel

John A. Crose, Jr., Esq. (SBN 115594)
jcrose@icclawfirm.com
Law Office of John A. Crose, Jr.
2377 Crenshaw Blvd., Suite 151
Torrance, CA   90501
Telephone: 310-316-1990
Facsimile:  None

Local Counsel

Attorneys for Petitioner
Mobilboxx Europe GmbH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re the Petition of Mobilboxx Europe GmbH For Discovery in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | Civil Action No.:  2:21-cv-9817  **RESPONSE TO THE COURT'S FEBRUARY 22, 2022 ORDER [ECF 9] DENYING APPLICATION OF NON-RESIDENT ATTORNEY J. STEPHEN SIMMS TO APPEAR IN THIS CASE *PRO HAC VICE* AND REQUEST FOR RECONSIDERATION** |

Response to the Court's Order Denying Application of Non-Resident
Attorney J. Stephen Simms to Appear in this Case *Pro Hac Vice* and Request for
Reconsideration                                                                                                  Page 1

The Court [ECF 9] on February 22, 2022 denied my Application [ECF 2] stating that it was "unclear that all state courts are listed to which applicant is admitted have been listed" and that it is "[u]nclear that certificates of good standing are listed for all state courts."

As stated on the page attached to my Application, I am admitted and in good standing to the bars of one state, Maryland (the Bar of the Maryland Court of Appeals, the highest Maryland court) and to the District of Columbia ( the Bar of the District of Columbia Court of Appeals, the highest District of Columbia Court).

I was admitted to the bar of Illinois, however, my membership there is inactive because I have no practice in Illinois and I therefore did not complete the required Illinois continuing legal education ("CLE") credits in Illinois, to maintain active Illinois bar membership in good standing.

That page, dated as of the date of my Application, December 21, 2021, is also true and correct as of this date.

I attach with this Response, current (Maryland, dated February 3, 2022, District of Columbia, dated February 23, 2022) Good Standing Certificates, from Maryland and the District of Columbia, the only states (District) in which I am admitted and am in good standing.

With these and the above explanation, I respectfully request the Court to reconsider and grant my Application, and herewith submit a further draft Order.

Dated: February 23, 2022.

    Respectfully Submitted,

    /s/ J. Stephen Simms
    J. Stephen Simms (*pro hac vice* pending)
    Simms Showers LLP
    jssimms@simmsshowers.com
    201 International Circle, Suite 230

Baltimore, Maryland 21030
Telephone: 443-290-8704
Facsimile:  410-510-1789
Lead Counsel

John A. Crose, Jr., Esq. (SBN 115594)
jcrose@icclawfirm.com
Law Office of John A. Crose, Jr.
2377 Crenshaw Blvd., Suite 151
Torrance, CA   90501
Telephone: 310-316-1990
Facsimile:  None
Local Counsel

Attorneys for Petitioner
Mobilboxx Europe GmbH

---

Response to the Court's Order Denying Application of Non-Resident Attorney J. Stephen Simms to Appear in this Case *Pro Hac Vice* and Request for Reconsideration                                                                 Page 3