J. Stephen Simms
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re the Petition of Mobilboxx Europe GmbH For Discovery in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | CASE NUMBER<br><br>21-mc-01118-PA-RAOx<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Simms, John S.                                         of

*Applicant's Name (Last Name, First Name & Middle Initial)*

443-2908704                    410-510-1789

*Telephone Number*        *Fax Number*

jssimms@simmsshowers.com

*E-Mail Address*                          *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Mobilboxx Europe GmbH

---

*Name(s) of Party(ies) Represented*        ☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: Petitioner

**and designating as Local Counsel**

Crose, John A. Jr.                                        of

*Designee's Name (Last Name, First Name & Middle Initial)*

115594            310-416-1990        (no fax )

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

jcrose@icclawfirm.com

*E-Mail Address*                          *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

        ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

        ☐ for failure to complete Application: _____

        ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

        ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

        ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____        _____
                                                  **U.S. District Judge/U.S. Magistrate Judge**