Name and address:

J. Stephen Simms, Simms Showers LLP, 201 International Circle, Suite 230, Baltimore, Maryland 21030

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In Re the Petition of | CASE NUMBER |
|---|---|
| Mobilboxx Europe GmbH | 21-mc-01118-PA-ROAx |
| For Discovery in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED**. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Simms, John S.
*Applicant's Name (Last Name, First Name & Middle Initial)*     check here if federal government attorney ☐

Simms Showers LLP
*Firm/Agency Name*

201 International Circle
Suite 230
*Street Address*

443-290-8704
*Telephone Number*

410-510-1789
*Fax Number*

Baltimore, Maryland 21030
*City, State, Zip Code*

jssimms@simmsshowers.com
*E-mail Address*

**I have been retained to represent the following parties:**

Mobilboxx Europe GmbH    ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ Other: Petitioner

☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ Other:

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Court of Appeals of Maryland | 12/20/1985 | Yes |
| U. S. District Court, District of Maryland | 11/09/1983 | Yes |
| District of Columbia Court of Appeals | 09/18/1984 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:22-cv-00490-GW-JEM | Alto Navigation, Ltd. v. Daewoo Logistics Corp. et al | 1/24/2022 | Granted |
| 2:22-cv-00898-JAK-JEM | Peninsula Petroleum Far East Pte. Ltd. v. Crystal Cruises | 2/9/2022 | Granted |
| 2:21-mc-01118-PA-RAO | Mobilboxx Europe GmbH | 12/21/2022 | Denied |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

In this case, the Court (2/22/2022, ECF 9) denied my application stating that it is "unclear that all state courts are listed to which applicant is admitted have been listed" and "Unclear that certificates of good standing are listed for all state courts."

This application is to respond further to the Court's Order (ECF 9)

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated   3/4/2022

J. Stephen Simms
Applicant's Name (please type or print)

Applicant's Signature

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Crose, John A. Jr.
*Designee's Name (Last Name, First Name & Middle Initial)*

*Firm/Agency Name*
Law Office of John A. Crose, Jr.

(310) 316-1990
*Telephone Number*

(None- no fax service/line)
*Fax Number*

*Street Address*
2377 Crenshaw Blvd., Suite 151

jcrose@icclawfirm.com
*Email Address*

*City, State, Zip Code*
Torrance, CA 90501

115594
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated   March 4, 2022

John A. Crose, Jr.
*Designee's Name (please type or print)*

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

Please see attached page - J. Stephen Simms  - List of Bar Memberships
as of March 4, 2022

Current Certificates of Good Standing:

Maryland Court of Appeals
District of Columbia Court of Appeals
Supreme Court of Illinois

(all state court in which I have been admitted), attached/ filed herewith

## J. Stephen Simms – List of Bar Memberships
## As of March 4, 2022

| Bar Code / ID | Jurisdiction | Date of Admission/Status |
|---|---|---|
| None | U.S. Supreme Court | 10/21/2002 Active |
| None | U.S. Court of Federal Claims | 11/22/2006 Active |
| None | U.S. Court of International Trade | 01/19/1984 Active |
| 382388 | U.S. District Court - District of Columbia | 09/14/1992 Active |
| 04269 | U.S. District Court - Maryland | 08/16/1985 Active |
| None | U.S. District Court – Northern Illinois | 12/21/1983 Active |
| None | U.S. District Court – N.Y. Western District | 12/21/2015 Active |
| None | U.S. Court of Appeals - 2nd Circuit | 02/01/2010 Active |
| None | U.S. Court of Appeals – 3rd Circuit | 10/02/1985 Active |
| None | U.S. Court of Appeals – 4th Circuit | 10/18/1985 Active |
| None | U.S. Court of Appeals - 5th Circuit | 07/18/2002 Active |
| None | U.S. Court of Appeals – 7th Circuit | 12/30/1983 Active |
| None | U.S. Court of Appeals – 9th Circuit | 11/30/2005 Active |
| None | U.S. Court of Appeals – 11th Circuit | 09/12/1995 Active |
| 53972 | U.S. Court of Appeals – D.C. Circuit | 02/15/2012 Active |
| 382388 | D.C. Court of Appeals | 09/12/1995 Active |
| 6185958 | Illinois Supreme Court | 11/09/1983 Inactive |
| 198-512-010-574 | Maryland Court of Appeals | 12/20/1985 Active |

# Court of Appeals of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twentieth day of December, 1985,

## John Stephen Simms

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this third day of March, 2022.

_____
Clerk of the Court of Appeals of Maryland



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## John Stephen Simms

was duly qualified and admitted on September 18, 1984 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof,**
I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 23, 2022.

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

John Stephen Simms

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/09/1983 and is in good standing, so far as the records of this office disclose.

Further, the referenced attorney has been removed from the Roll of Attorneys and Counselors due to his/her failure to comply or report compliance with mandatory continuing legal education requirements pursuant to Supreme Court Rule 796, and therefore is no longer eligible to practice law or hold himself/herself out as being authorized to practice law in Illinois.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 24th day of February, 2022.

Cynthia A. Grant

Clerk,
Supreme Court of the State of Illinois